## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **KERRI STERLING,** )<br>)<br>**Plaintiff** )<br>)<br>**v.** )<br>)<br>**DIVERSIFIED CONSULTANTS, INC.,** )<br>)<br>**Defendant** )<br>) | Case No.: 5:18-cv-00033-CAR |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint without prejudice.

Dated: March 19, 2018              BY: */s/ Richard J. Albanese*
                                   Richard J. Albanese, Esquire
                                   Kimmel & Silverman, P.C.
                                   30 East Butler Pike
                                   Ambler, PA 19002
                                   Phone: (215) 540-8888 ext. 106
                                   Facsimile: (877) 788-2864
                                   Email: ralbanese@creditlaw.com
                                   Attorney for Plaintiff

## Certificate of Service

I hereby certify that on this 19th day of March, 2018, a true and correct copy of the foregoing pleading served via mail to the below:

**Diversified Consultants, Inc.**
**10550 Deerwood Park Blvd.**
**Ste. 309**
**Jacksonville, FL 32256**

/s/ Richard J. Albanese
Richard J. Albanese, Esquire
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888 ext. 106
Facsimile: (877) 788-2864
Email:ralbanese@creditlaw.com
Attorney for Plaintiff